JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECT PRODUCE, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES FRESH CUTS, INC. d/b/a L.A. FRESH CUT CORP, a California Corporation; GABRIEL MORA, an individual,<br><br>Defendants. | CASE NO. 10-cv-03968-GAF -RZ<br><br>**JUDGMENT AGAINST ALL DEFENDANTS** |

Having read and considered the Parties' Stipulation for Entry of Judgment Against Defendants LOS ANGELES FRESH CUTS, INC. d/b/a L.A. FRESH CUT CORP, a California Corporation; and GABRIEL MORA, an individual, all pleadings and exhibits already on file with this Court, and good cause appearing therefore:

JUDGMENT IS HEREBY ENTERED in favor of DIRECT PRODUCE, INC., a corporation, and against Defendants LOS ANGELES FRESH CUTS, INC. d/b/a L.A. FRESH CUT CORP, a California Corporation; and GABRIEL MORA, an individual,

1

jointly and severally, in the total amount of $83,844.62 (itemized as $74,117.43 in principal, $5,159.85 in attorney's fees, $350.00 in filing costs, and $4,217.34 in finance charges), and all of which qualifies for trust protection under the trust provision of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, *et seq*].

Plaintiff is furthered entitled to finance charges commencing June 25, 2010, at the rate of 18% per annum on all sums due under this Judgment until fully paid.

The Preliminary Injunction entered on June 4, 2010, shall no longer be in effect except with respect to Manufacturers' Bank. Upon Defendants' providing instructions to Manufacturers' Bank to pay $10,000.00 directly to Petitioner from Defendants' account(s), the Preliminary Injunction shall no longer be in effect with respect to Manufacturers' Bank.

The Clerk shall enter judgment forthwith.

DATED: June 18, 2010

_____
HON. JUDGE GARY ALLEN FEESS
UNITED STATES DISTRICT COURT